William Brown
27 Old Stamford Road
New Canaan, CT 06840
(203) 966-5753

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 18 2012 ★

LONG ISLAND OFFICE

September 14, 2012

**Via *Pro Se* Office**

Honorable Judge Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Konrad v. Epley, et al
Docket No. 12 CV 4021

Honorable Judge Bianco:

My name is William Brown and, while reserving all rights and defenses as a named *pro se* defendant in the above-referenced matter, it is my desire to clarify and crystalize certain facts for the Court. It is my understanding that the plaintiff attempted service on me August 16, 2012 at 17 Adams Lane in Southampton, NY 11968. I was not personally served and this address does not represent my *dwelling or usual place of abode.*

As indicated in my Answer, which was filed with the Court on September 4, 2012, the above-mentioned address relates to an investment property currently listed for sale and/or rent. My family resides in New Canaan, CT, which has been my residence since prior to any attempted service; each of my two daughters attend school in New Canaan and my address may be easily confirmed via numerous third-party sources available to the plaintiff.

Respectfully, I do not accept that plaintiff has properly served me as of this date. Should the plaintiff desire my participation in this proceeding, it my expectation to be properly served; the plaintiff is welcome to serve me personally at the address in my Affirmation of Service or, as I frequently travel, pursuant to Federal Rule of Civil Procedure 4(d), if properly made.

In the absence of proper service, it would be my expectation to file a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure for improper service, among other reasons. As the Court is no doubt aware, plaintiff is a licensed and practicing attorney in good standing. For this

Honorable Judge Bianco                                                September 14, 2012

Re: Konrad v. Epley, et al
Docket No. 12 CV 4021

reason, I respectfully request the Court to dispense with the procedural considerations or deferential review ordinarily afforded to the plaintiff as a *pro se* litigant.

Thank you in advance for your consideration.

Regards,

*[signature]*

William Brown

CC:  Evelyn Konrad, Esq.
     via First-Class Mail, postage pre-paid