William Brown
27 Old Stamford Road
New Canaan, CT 06840

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 01 2012 ★

LONG ISLAND OFFICE

September 26, 2012

**Via *Pro Se* Office**

Honorable Judge Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Konrad v. Epley, et al
Docket No. 12 CV 4021

Honorable Judge Bianco:

My letter is in response to plaintiff's letter to Chambers dated September 20, 2012. Plaintiff would have the Court believe she is informed regarding my activities; she is not.

I have made no "misstatement" to the Court.

At the appropriate time, I look forward to providing the Court a full accounting for its review.

Respectfully,

William Brown

cc: Evelyn Konrad, Esq.
via First-Class Mail, postage pre-paid

**RECEIVED**

   2012

**EDNY PRO SE OFFICE**

William Brown
27 Old Stamford Road
New Canaan, CT 06840

Via *Pro Se* Office
Honorable Judge Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

11722443600