UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

EVELYN KONRAD,

        Plaintiff,

        – against –

MARK EPLEY, Individually and in his capacity
as Major of the Village of Southampton,
PAUL ROBINSON, Individually and as former
Trustee of the Village of Southampton,
ELBERT W. ROBINSON, JR., Individually and
in his capacity as Assistant Attorney for the
Village of Southampton, WILLIAM BROWN,
resident of the Rosko Place subdivision,
in the Southampton Village, DENIS GUERIN,
owner of a property in the Rosko Place
subdivision, in the Southampton Village,
DONALD QUINTIN and MELINDA QUINTIN,
owners of a property in the Rosko Place
subdivision in the Village of Southampton,

        Defendants.

------------------------------X

ORDER
12-CV-4021 (JFB)(ETB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 02 2012 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

        IT IS HEREBY ORDERED that the case is referred to Magistrate Judge Boyle to address any remaining service of process issues, as well as a Report and Recommendation on defendants' proposed motions to dismiss and plaintiff's motion to amend.

        SO ORDERED

        JOSEPH F. BIANCO
        UNITED STATES DISTRICT JUDGE

Dated:    October 2, 2012
            Central Islip, New York