UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EVELYN KONRAD,                                              Case No. CV 12 4021

                      Plaintiff,

For Judgment Pursuant to 42 U.S.C.
§1981 et seq. and 42 U.S.C. §1981 et seq.

                 -against-                                **STIPULATION EXTENDING**
                                                                          **TIME TO ANSWER**

MARK EPLEY, Individually and in his capacity as Mayor
of the Village of Southampton; PAUL ROBINSON,
Individually and as a former Trustee of the Village of
Southampton; ELBERT W. ROBINSON, JR., Individually,
and in his capacity as Assistant Attorney for the Village of
Southampton; WILLIAM BROWN, resident of the Rosko
Place subdivision, in the Southampton Village; DENIS
GUERIN, owner of a property in the Rosko Place subdivision,
in the Southampton Village; DONALD and MELINDA
QUINTIN, owners of a property in the Rosko Place
subdivision in the Village of Southampton;

                      Defendants.
------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the

undersigned counsel for the parties herein, that Defendant DENIS GUERIN's time to answer,

move or otherwise respond with respect to plaintiff's complaint is hereby extended up to and

including November 29, 2012.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be

executed in counterparts and by facsimile.

Dated: New York, New York
        October 2, 2012

EVELYN KONRAD, ESQ.                                  KAYSER & REDFERN LLP

_Evelyn Konrad_                                       _Declan P. Redfern_
Evelyn Konrad, Esq.                                  Declan P. Redfern, Esq.
Plaintiff **Pro Se**                                 Attorneys for Defendant **DENIS GUERIN**
18 So. Rosko Drive                                   515 Madison Avenue, 30th Floor
Southampton, NY 11968                                New York, NY 10022
Tel: 631-283-4407                                    Tel: 212-935-5057