UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
EVELYN KONRAD,

        Plaintiff,        <u>ORDER</u>

 -against-              CV 12-4021 (JFB)(ETB)

MARK EPLEY, Individually and in his capacity
as Major of the Village of Southampton, PAUL
ROBINSON, Individually and as former Trustee of the
Village of Southampton, ELBERT W. ROBINSON, JR.,
Individually and in his capacity as Assistant Attorney for the
Village of Southampton, WILLIAM BROWN, resident of the
Rosko Place subdivision, in the Village of Southampton,
DENIS GUERIN, owner of a property in the Rosko Place
subdivision, in the Southampton Village, DONALD QUINTIN
and MELINDA QUINTIN, owners of a property in the Rosko
Place subdivision in the Village of Southampton,

        Defendants.
-------------------------------------------------------------------------X

  A pre-motion conference is scheduled on plaintiff's request for leave to file an amended complaint, <u>see</u> Correspondence by <u>Pro</u> <u>Se</u> Attorney Plaintiff Evelyn Konrad, and defendants Epley and Brown's request for leave to file a motion pursuant to 12(b) of the Federal Rules of Civil Procedure, <u>see</u> Correspondence dated September 5, 2012 by David Arntsen of Devitt Spellman Barrett LLP.

  The pre-motion conference is scheduled on December 7, 2012 at 11:00 a.m. The plaintiff shall respond to Mr. Arnsten's September 5, 2012 request by letter not to exceed three pages by October 19, 2012.

  No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference. All requests should be in writing, on consent of all parties, and contain at least two (2) adjourned dates on which all parties are available. In the

absence of consent, an explanation of counsel's efforts to obtain agreement should be stated. All requests for adjournments should be sent to chambers via ECF on notice to all parties.

Plaintiff is directed to serve a copy of this Order on pro se defendant William Brown upon receipt.

**SO ORDERED:**

Dated: Central Islip, New York
         October 4, 2012

                                                    /s/ E. Thomas Boyle
                                                    E. THOMAS BOYLE
                                                    United States Magistrate Judge