# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT: EASTERN DISTRICT
COUNTY

Index #: CV 12 4021
Date Filed: August 13, 2012
Court Date:
Assigned Justice:

ATTORNEY(S): EVELYN KONRAD, ESQ.   PH: 212-585-1240
ADDRESS: 200 E. 84th ST  NEW YORK  NY  10028  File No.:

**EVELYN KONRAD**

vs.

**MARK EPLEY ET AL**

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF SUFFOLK SS.:

LAURA BANCROFT, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On Wednesday, October 3, 2012 at 7:41pm at 105 LITTLE PLAINS RD SOUTHAMPTON, NY 11968 deponent Served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION

on: PAUL ROBINSON

Defendant therein named.

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person.

**#2 CORPORATION** [ ] By delivering to and leaving with _____ and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [X] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [X] dwelling house (place of abode) within the state. The place of Business/Employment were not known to the server.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on Wednesday, August 15, 2012 at 12:44PM    9-25-12 AT 9:18PM
on Saturday, August 25, 2012 at 7:30am    9-29-12 AT 6:51PM
on Tuesday, September 18, 2012 at 11:41am
on Friday, September 21, 2012 at 7:18AM
Address confirmed by a neighbor    #104

**#5 MAIL COPY** [X] On 10-11-2012, deponent completed service under the last two sections by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.   Certified Mail #:

**#7 DESCRIPTION** [ ] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: ____  Color of skin: ____  Color of hair: ____  Age: ____  Height: ____
(use with #1, 2 or 3)  Weight: ____  Other Features: ____

**#8 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [X] Your deponent asked person spoken to whether the defendant was in the active military service of the United States or N. Y. State and received a negative reply. Upon information and belief I have; being based on the conversation and observations above narrated, defendant is not in the military service.

**#10 OTHER** [ ]

Sworn to before me on this 11 day of OCTOBER, 2012

SUSAN CORTINA
NOTARY PUBLIC, State of New York
No. 01C06047509, Qualified in Suffolk County
Term Expires September 5, 2014

LAURA BANCROFT
Server's Lic #
InvoiceWorkOrder 2013252
.pdf

ONE WORLD JUDICIAL SERVICES, INC. -    LIC. # 1310235

# AFFIDAVIT OF SERVICE

Index #: CV 12 4021
Date Filed: August 13, 2012
Court Date: ___
Assigned Justice: ___

UNITED STATES DISTRICT COURT: EASTERN DISTRICT
COUNTY

ATTORNEY(S): : EVELYN KONRAD, ESQ.   PH: 212-585-1240
ADDRESS: 200 E. 84th ST NEW YORK NY 10028   File No.:

**EVELYN KONRAD**
vs.
**MARK EPLEY ET AL**

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF CONNECTICUT, COUNTY OF NEW HAVEN SS.:

Gabriel Dominguez, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On October 11, 2012 at 9:08pm,
at 27 OLD STAMFORD RD NEW CANAAN, CT 06840, deponent served the within
SUMMONS AND COMPLAINT IN A CIVIL ACTION
on: WILLIAM BROWN, Defendant therein named.

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

**#1 INDIVIDUAL** [XX] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ] By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

**#7 DESCRIPTION** [XX] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: Male   Color of skin: Caucasian   Color of hair: Bald   Age: 40   Height: 6'1"
Weight: 180   Other Features: _____

**#8 WIT. FEES** the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARY SRVC** [XX] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of Connecticut and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER** [ ]

Sworn to before me on this 15th day of October, 2012

*Patricia J. Fisher*
PATRICIA J. FISHER
NOTARY PUBLIC
My Commission Expires June 30, 2015

Please Print Name Below Signature
Gabriel Dominguez

ONE WORLD JUDICIAL SERVICES, INC. -   Lic. # 1310235

InvoiceWorkOrder 2014657