UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

EVELYN KONRAD,

        Plaintiff,

               – against –

MARK EPLEY, Individually and in his capacity
as Major of the Village of Southampton,
PAUL ROBINSON, Individually and as former
Trustee of the Village of Southampton,
ELBERT W. ROBINSON, JR., Individually and
in his capacity as Assistant Attorney for the
Village of Southampton, WILLIAM BROWN,
resident of the Rosko Place subdivision,
in the Southampton Village, DENIS GUERIN,
owner of a property in the Rosko Place
subdivision, in the Southampton Village,
DONALD QUINTIN and MELINDA QUINTIN,
owners of a property in the Rosko Place
subdivision in the Village of Southampton,

        Defendants.

----------------------------------------X

ORDER REFERRING MOTION
FOR REPORT AND
RECOMMENDATION
12-CV-4021 (JFB)(ETB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 02 2012 ★

LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

On October 19, 2012, defendants Donald Quintin and Melinda Quintin filed a motion requesting a pre-motion conference in anticipation of moving to dismiss. On October 26, 2012, plaintiff filed a motion seeking an extension of time to file her answer to defendants' October 19 motion.

IT IS HEREBY ORDERED that this case is referred to Magistrate Judge E. Thomas Boyle for a Report and Recommendation on the parties' motions.

SO ORDERED.

_____
JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:   November 2, 2012
         Central Islip, New York