Case 2:12-cv-04021-JFB-AKT   Document 42   Filed 12/01/12   Page 1 of 1 PageID #: 477

1 December 2012

Hon. E. Thomas Boyle
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

RE: Konrad v. Epley et al.
Docket No. 12 CV 4021 (JFB)(ETB)

Dear Judge Boyle:

I am writing in answer to Defendant William Brown's most recent request to you, asking to represent himself on the telephone at the scheduled December 7, 2012 pre-motion conference. In my September 12, 2012 letter to Judge Bianco (Document 13), I explained that any telephone conference is difficult if not impossible for me, and puts me at an insurmountable disadvantage because of my age. I will be 84 years old on December 28, 2012. Therefore, I would appreciate it if you limited defendants' representations to in-person appearances by the defendants or their attorneys at that conference.

In addition, I would like to ask this Court to please take into account my anticipated one-week absence, around the Martin Luther King weekend, so that I may accept the invitation from Germany to attend events honoring my Father.

Since there has been no request to postpone our scheduled pre-motion conference, I do look forward to being in your Court at 11:00 a.m. next Friday.

Respectfully,

Evelyn Konrad, Esq.
Pro se
18 So. Rosko Drive
Southampton, NY 11968
631-283-4407
212-585-1240

CC: Via ECF

cc: First Class Mail
William Brown
27 Old Stamford Road
New Canaan, CT 06840