UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EVELYN KONRAD,

                    Plaintiff,                  ORDER

  -against-                                         CV 12-4021 (JFB)(ETB)

MARK EPLEY, Individually and in his capacity as Mayor
of the Village of Southampton, PAUL ROBINSON,
Individually and as former Trustee of the Village of
Southampton, ELBERT W. ROBINSON, JR., Individually
and in his capacity as Assistant Attorney for the Village of
Southampton, WILLIAM BROWN, resident of the Rosko
Place subdivision, in the Village of Southampton, DENIS
GUERIN, owner of a property in the Rosko Place subdivision,
in the Southampton Village, DONALD QUINTIN and MELINDA
QUINTIN, owners of a property in the Rosko Place subdivision
in the Village of Southampton,
                    Defendants.
------------------------------------------------------------------------X

       Plaintiff's request is granted.  Plaintiff is afforded until March 15, 2013 to serve, but not file, any opposition to defendants Melinda and Donald Quintin and William Brown's motions. Defendants Brown, Quintin, and Quintin's time to serve their replies and file the fully-briefed motions is extended to March 29, 2013.

       Plaintiff is directed to serve a copy of this Order on the pro se defendant, William Brown, upon receipt.

**SO ORDERED:**
Dated: Central Islip, New York
       February 21, 2013                    /s/ E. Thomas Boyle
                                                     E. THOMAS BOYLE
                                                     United States Magistrate Judge