William Brown
27 Old Stamford Road
New Canaan, CT 06840

FEB 25 2013

February 21, 2013

**Via *Pro Se* Office**

Honorable E. Thomas Boyle
United States Magistrate Judge
United States District Court for the
 Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Konrad v. Epley, et al
    Docket No. 12 CV 4021 (JFB)(ETB)

Honorable Judge Boyle:

As indicated in my letter to Chambers dated February 11, 2013, I am in receipt of a parcel from plaintiff, including documents totaling nearly 500 pages, and indicating they relate to the above-mentioned matter.

The documents include and seemingly stem from her "NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT Pursuant to CPLR 3025 (b) and (c)..." improperly filed with the Court pursuant to New York's Civil Practice Law and Rules on February 8, 2013.

Plaintiff, following her misguided justification and subsequent retraction, has submitted what appears to be either an amended motion for leave to amend or an entirely new motion for leave to amend. In either event, her actions are untimely and/or improper, being in complete disregard of the Court's Rule 2(a).

My frustration and confusion echo the letters to Chambers from counsel to defendants Quintins, dated February 11, 2013, and counsel to defendants Epley, Robinson and Robinson, Jr, dated February 14, 2013, in that I'm entirely unclear as to what action, if any, is required.

Honorable E. Thomas Boyle                                                           February 21, 2013

Re:   Konrad v. Epley, et al
      Docket No. 12 CV 4021

     Respectfully, I request that the Court provide guidance and impose appropriate sanctions on plaintiff pursuant to 28 U.S.C. § 1927 for her inappropriate conduct.

Respectfully,

William Brown

cc:   Honorable Joseph F. Bianco
      via *Pro Se* Office; First-Class Mail, postage pre-paid

      Evelyn Konrad, Esq.
      via First-Class Mail, postage pre-paid