UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
EVELYN KONRAD,

                       Plaintiff,                                         <u>ORDER</u>

   -against-                                                     CV 12-4021 (JFB)(ETB)

MARK EPLEY, Individually and in his capacity
as Major of the Village of Southampton, PAUL
ROBINSON, Individually and as former Trustee of the
Village of Southampton, ELBERT W. ROBINSON, JR.,
Individually and in his capacity as Assistant Attorney for the
Village of Southampton, WILLIAM BROWN, resident of the
Rosko Place subdivision, in the Village of Southampton,
DENIS GUERIN, owner of a property in the Rosko Place
subdivision, in the Southampton Village, DONALD QUINTIN
and MELINDA QUINTIN, owners of a property in the Rosko
Place subdivision in the Village of Southampton,

                       Defendants.
----------------------------------------------------------------------------X

      A status conference in the above-captioned matter will be held on March 8, 2013 at 3:00 p.m. by telephone with E. Thomas Boyle, United States Magistrate Judge.  Counsel for defendants Mark Epley, Paul Robinson, and Elbert W. Robinson, Jr. is directed to initiate the conference call and have all parties on the line before connecting the court (631-712-5710).  The call must be placed through the teleconference operator provided by your long-distance service.  All counsel must participate.

      No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.  All requests should be in writing, on consent of all parties, and contain at least two (2) adjourned dates on which all parties are available.  In the absence of consent, an explanation of counsel's efforts to obtain agreement should be stated.  All requests for adjournments should be sent to chambers via ECF on notice to all parties.

      Plaintiff is directed to serve a copy of this Order on the <u>pro se</u> defendant, William Brown, upon receipt.

**SO ORDERED:**
Dated:  Central Islip, New York
       March 5, 2013                                           /s/ E. Thomas Boyle
                                                                E. THOMAS BOYLE
                                                                United States Magistrate Judge