UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
EVELYN KONRAD,

                              Plaintiff,                                              ORDER

      -against-                                                                     CV 12-4021 (JFB)(ETB)

MARK EPLEY, Individually and in his capacity
as Major of the Village of Southampton, PAUL
ROBINSON, Individually and as former Trustee of the
Village of Southampton, ELBERT W. ROBINSON, JR.,
Individually and in his capacity as Assistant Attorney for the
Village of Southampton, WILLIAM BROWN, resident of the
Rosko Place subdivision, in the Village of Southampton,
DENIS GUERIN, owner of a property in the Rosko Place
subdivision, in the Southampton Village, DONALD QUINTIN
and MELINDA QUINTIN, owners of a property in the Rosko
Place subdivision in the Village of Southampton,

                              Defendants.
----------------------------------------------------------------------X

       Plaintiff's application dated March 6, 2013 is granted. The conference previously scheduled for March 8, 2013 is adjourned to May 8, 2013 at 11:00 a.m.

       In the interim, the Court sua sponte stays all discovery until a decision pending the outcome of the motion to dismiss, based on the substantial issues raised by the defendants on the motion to dismiss, which may affect the necessity and scope of any discovery in this action.

       Lastly, at the request of the plaintiff for a modification of the briefing schedule, that application is granted to the extent that the parties shall submit same for Court approval on or before March 14, 2013.

       Plaintiff is directed to serve a copy of this Order on the pro se defendant, William Brown, upon receipt.

**SO ORDERED:**
Dated: Central Islip, New York
       March 7, 2013                                  /s/ E. Thomas Boyle
                                                       E. THOMAS BOYLE
                                                       United States Magistrate Judge