UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
EVELYN KONRAD,

                        Plaintiff,                                  <u>ORDER</u>

   -against-                                                      CV 12-4021 (JFB)(ETB)

MARK EPLEY, Individually and in his capacity
as Major of the Village of Southampton, PAUL
ROBINSON, Individually and as former Trustee of the
Village of Southampton, ELBERT W. ROBINSON, JR.,
Individually and in his capacity as Assistant Attorney for the
Village of Southampton, WILLIAM BROWN, resident of the
Rosko Place subdivision, in the Village of Southampton,
DENIS GUERIN, owner of a property in the Rosko Place
subdivision, in the Southampton Village, DONALD QUINTIN
and MELINDA QUINTIN, owners of a property in the Rosko
Place subdivision in the Village of Southampton,

                        Defendants.
----------------------------------------------------------------------X

       The proposed briefing schedule submitted via letter dated March 13, 2013 is approved. The schedule is as follows:

       June 7, 2013:  Opposition papers shall be served, with a courtesy copy sent by email (defendant <u>pro</u> <u>se</u> William J. Brown having provided an email address for delivery of such courtesy copy).

       July 9, 2013:  Reply papers, together will all related motion papers, shall be filed by ECF.

**SO ORDERED:**
Dated: Central Islip, New York
       March 14, 2013                            /s/ E. Thomas Boyle
                                                          E. THOMAS BOYLE
                                                          United States Magistrate Judge