UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
EVELYN KONRAD,

                                Plaintiff,                              <u>ORDER</u>

    -against-                                                      CV 12-4021 (JFB)(ETB)

MARK EPLEY, Individually and in his capacity
as Major of the Village of Southampton, PAUL
ROBINSON, Individually and as former Trustee of the
Village of Southampton, ELBERT W. ROBINSON, JR.,
Individually and in his capacity as Assistant Attorney for the
Village of Southampton, WILLIAM BROWN, resident of the
Rosko Place subdivision, in the Village of Southampton,
DENIS GUERIN, owner of a property in the Rosko Place
subdivision, in the Southampton Village, DONALD QUINTIN
and MELINDA QUINTIN, owners of a property in the Rosko
Place subdivision in the Village of Southampton,

                                Defendants.
-------------------------------------------------------------------------X

       Plaintiff's application dated March 24, 2013 [Docket Entry No. 75] is granted in part and denied in part. All parties are directed to appear in person at the conference scheduled on May 8, 2013 at 11:00 a.m. with the exception of the <u>pro se</u> defendant William Brown, who is granted permission to appear by telephone.

       Mr. Brown is directed to call the Court (631-712-5710) to participate in the conference. All other parties are directed to appear in person in Courtroom 830, Alfonse M. D'Amato U.S. Courthouse, Central Islip, New York at the time of the conference.

       Plaintiff is directed to serve a copy of this Order on <u>pro se</u> defendant William Brown upon receipt.


**SO ORDERED:**

Dated: Central Islip, New York
       April 3, 2013

                                                    /s/ E. Thomas Boyle
                                                   E. THOMAS BOYLE
                                                   United States Magistrate Judge