UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
834 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722-4449

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 08 2013 ★
LONG ISLAND OFFICE

BEFORE: **E. THOMAS BOYLE, U.S.M.J.**

DATE: MAY 8, 2013
TIME: 11:00 A.M.

ASSIGNED JUDGE: BIANCO

DOCKET NO.: **12-CV-04021 (JFB)**
CASE NAME: **KONRAD V. EPLEY ET AL**

### CIVIL CONFERENCE - TELEPHONE STATUS CONFERENCE

FTR: 11:01-11-22

APPEARANCES:   Plaintiff:                           Defendant

Evelyn Konrad (pro se)                William Brown (pro se) by phone
                                      David H. Arntsen
                                      Denis Guerin
                                      Daniel C. Malone

The parties shall comply with the ruling on the record reached by agreement and among the parties. The motion to amend filed on 2/14/2013 is the motion to be addressed by the parties. So ORDERED   /s/ E. Thomas Boyle