Evelyn Konrad
                                200 East 84th Street
                                New York, New York 10028
                                212-585-1240
                                ek616367@cs.com

| | |
|---|---|
| Hon. E. Thomas Boyle | RE: *Konrad v. Epley et al.* |
| United States District Court | Docket No. 12 CV 4021 (JFB)(ETB) |
| Eastern District of New York | **Amended Letter Motion** |
| 100 Federal Plaza | |
| P.O. Box 9014 | 17 May 2013 |
| Central Islip, New York 11722 | |

Dear Judge Boyle:

In fact, I had intended to bring up the illegal demolition and spewing of asbestos at 118 Burnett Street next to Mrs. Susan Sabel's house at 110 Burnett Street, in your Court on Wednesday, 8 May, and Mrs. Sabel was in Court that day. However, she had made me promise not to identify her at that hearing without her express permission, which she did not give. She was and is still too upset about her (and her neighborhood's) exposure to asbestos and has left the Village for New York City.

We both thought that Mayor Epley would make some announcement at that evening's Trustee Meeting, about his plans for the immediate future to avoid such catastrophic release of asbestos at demolition sites. No such announcement was forthcoming, nor did the Mayor, fully informed by the Building Department and its lawyer, defendant Elbert W. Robinson Jr., bother to tell the board of trustees and the Village community (including representatives of the Southampton Association) about the events of Monday, 6 May.

By Friday, 10 May, I felt too burdened with the knowledge that such dangerous exposing of asbestos could (and probably would) continue in the Village, with the disastrous health results with which I am familiar, that I decided to provide this Court with all the relevant information to prevent another disaster. My second life partner, an architect, died of cancer in both lungs and asbestos in one lung in 1999. As this Court has noted with its generous time extension, the father of my four children now also suffers from lung cancer, but without the asbestos. His illness is none the less fatal, and I have used the time this Court (and two of the defendants) generously provided to be a support to our four children.

Furthermore, a builder of the World Trade Center pointed out to me, last week, that at this Port Authority-controlled site, the contractors still used an asbestos-based fire retardant (and legally) as late as the late Sixties. Thus I would like to amend my motion 84 (and the repetition of that motion with the relevant photographs and diary of the asbestos spew at 118 Burnett Street in document 85) to include the plea for a moratorium to encompass houses built in the Sixties, until proper asbestos examinations, abatements, and enforcements are in place in this Village.

In addition, I respectfully request that this Court order the defendants henceforth mail all documents, pleadings and papers to me, not at my Southampton address, but to New York City, where I feel both the documents and I are more secure:

>	Evelyn Konrad
>	200 East 84th Street
>	New York, New York 10028
>	ek616367@cs.com

As always, I would like to thank this Court for its courtesy.

>	Respectfully submitted,
>
>	/s/
>
>	Evelyn Konrad


Cc:   First Class Mail
      William Brown
      27 Old Stamford Road
      New Canaan, CT 06840