UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EVELYN KONRAD,

                            Plaintiff,                              ORDER

   -against-                                                        CV 12-4021 (JFB)(ETB)

MARK EPLEY, Individually and in his capacity
as Major of the Village of Southampton, PAUL
ROBINSON, Individually and as former Trustee of the
Village of Southampton, ELBERT W. ROBINSON, JR.,
Individually and in his capacity as Assistant Attorney for the
Village of Southampton, WILLIAM BROWN, resident of the
Rosko Place subdivision, in the Village of Southampton,
DENIS GUERIN, owner of a property in the Rosko Place
subdivision, in the Southampton Village, DONALD QUINTIN
and MELINDA QUINTIN, owners of a property in the Rosko
Place subdivision in the Village of Southampton,

                            Defendants.
------------------------------------------------------------------------X

       The May 10, 2013 application by the pro se plaintiff [Docket Entry Nos. 84 & 85] is denied.  The movant has failed to set forth facts or law that would entitle her to the relief requested.

**SO ORDERED:**
Dated:  Central Islip, New York
       May 17, 2013                                    /s/ E. Thomas Boyle
                                                   E. THOMAS BOYLE
                                                   United States Magistrate Judge