UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
EVELYN KONRAD,

                      Plaintiff,                      ORDER

   -against-                                    CV 12-4021 (JFB)(ETB)

MARK EPLEY, Individually and in his capacity
as Major of the Village of Southampton, PAUL
ROBINSON, Individually and as former Trustee of the
Village of Southampton, ELBERT W. ROBINSON, JR.,
Individually and in his capacity as Assistant Attorney for the
Village of Southampton, WILLIAM BROWN, resident of the
Rosko Place subdivision, in the Village of Southampton,
DENIS GUERIN, owner of a property in the Rosko Place
subdivision, in the Southampton Village, DONALD QUINTIN
and MELINDA QUINTIN, owners of a property in the Rosko
Place subdivision in the Village of Southampton,

                      Defendants.
-------------------------------------------------------------------------X

      The plaintiff's letter motion dated June 12, 2013 seeking further amendment to the ruling on the record reached by the parties on May 8, 2013 is denied.

      The plaintiff, while representing herself in this action, is an attorney-at-law in New York duly admitted to practice in this court and will be treated as such in this action.

      Plaintiff is directed to serve a copy of this Order on pro se defendant William Brown upon receipt.

**SO ORDERED:**

Dated: Central Islip, New York
       June 13, 2013

                                                 /s/ E. Thomas Boyle
                                               E. THOMAS BOYLE
                                               United States Magistrate Judge