William Brown
27 Old Stamford Road
New Canaan, CT 06840

June 13, 2013

**Via *Pro Se* Office**

Honorable E. Thomas Boyle
United States Magistrate Judge
United States District Court for the E.D.N.Y.
100 Federal Plaza
Central Islip, NY 11722

Re: Konrad v. Epley, et al
    Docket No. 12 CV 4021 (JFB)(ETB)

Honorable Judge Boyle:

My letter is in opposition to plaintiff's after-the-fact request for additional pages to her memoranda (DE 90). Respectfully, each of the defendants adhered to the Court's 25 page rule and to allow plaintiff special consideration at this time – even 5 pages – would be prejudicial.

Her position that, as a *pro se* litigant with an "occasional intern", she should be granted a pass is nothing less than offensive. I, too, am a *pro se* party, but one without legal training or an intern. Ms. Konrad initiated these frivolous proceedings and it is certainly not by choice that I spend the time and resources responding to her nonsense.

Further, Ms. Konrad's implication of *fraudulent conveyance* in relation to the sale of 17 Adams Lane is, in itself, proof – along with all of her past missteps – that she is in violation of NYSBA Rule 1.1(b) and has no business in this Court.

Respectfully, I ask that the Court deny Ms. Konrad's request and take notice of her on-going misconduct, imposing sanctions and/or adherence to NYSBA Rule 1.1(b).

Respectfully,

William Brown

cc: Honorable Joseph F. Bianco
    via *Pro Se* Office; First-Class Mail, postage pre-paid

    Evelyn Konrad, Esq.
    via First-Class Mail, postage pre-paid

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★   JUN 17 2013   ★

LONG ISLAND OFFICE

RECEIVED

JUN 17 2013

EDNY PRO SE OFFICE