UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
EVELYN KONRAD,

                                Plaintiff,                                 ORDER

  -against-                                                                         CV 12-4021 (JFB)(ETB)

MARK EPLEY, Individually and in his capacity
as Major of the Village of Southampton, PAUL
ROBINSON, Individually and as former Trustee of the
Village of Southampton, ELBERT W. ROBINSON, JR.,
Individually and in his capacity as Assistant Attorney for the
Village of Southampton, WILLIAM BROWN, resident of the
Rosko Place subdivision, in the Village of Southampton,
DENIS GUERIN, owner of a property in the Rosko Place
subdivision, in the Southampton Village, DONALD QUINTIN
and MELINDA QUINTIN, owners of a property in the Rosko
Place subdivision in the Village of Southampton,

                                Defendants.
-------------------------------------------------------------------------X

       To the extent that the June 12, 2013 application of pro se defendant William Brown [Docket Entry No. 91][1] requests a further extension of the briefing schedule this application is denied, as is the request for sanctions.

**SO ORDERED:**
Dated: Central Islip, New York
       July 2, 2013                                     /s/ E. Thomas Boyle
                                                      E. THOMAS BOYLE
                                                        United States Magistrate Judge

---

[1] This correspondence appears on the docket twice. See Docket Entry No. 95.