UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X

EVELYN KONRAD,

    Plaintiff,

    – against –

MARK EPLEY, Individually and in his capacity as Major of the Village of Southampton, PAUL ROBINSON, Individually and as former Trustee of the Village of Southampton, ELBERT W. ROBINSON, JR., Individually and in his capacity as Assistant Attorney for the Village of Southampton, WILLIAM BROWN, resident of the Rosko Place subdivision, in the Southampton Village, DENIS GUERIN, owner of a property in the Rosko Place subdivision, in the Southampton Village, DONALD QUINTIN and MELINDA QUINTIN, owners of a property in the Rosko Place subdivision in the Village of Southampton,

    Defendants.

-----------------------------------X

ORDER REFERRING MOTION
FOR REPORT AND
RECOMMENDATION
12-CV-4021 (JFB)(ETB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 11 2013 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

    On July 9, 2013, plaintiff Evelyn Konrad filed a motion to amend her complaint. Additionally, defendants Mark Epley, Elbert W. Robinson, Jr., and Paul Robinson filed a motion to dismiss plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendants Donald Quintin and Melinda Quintin also filed a motion to dismiss plaintiff's complaint pursuant to both Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. On July 10, 2013, Ms. Konrad filed another motion, which the Court construes to be a motion for sanctions. Also on July 10, 2013, defendants Donald Quintin and Melinda Quintin filed a motion for a pre-motion

conference.

    IT IS HEREBY ORDERED that this case is referred to Magistrate Judge E. Thomas Boyle for a Report and Recommendation on the parties' motions.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:     July 11, 2013
             Central Islip, New York