UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EVELYN KONRAD,

                       Plaintiff,                  ORDER

   -against-                                            CV 12-4021 (JFB)(ETB)

MARK EPLEY, Individually and in his capacity as Mayor
of the Village of Southampton, PAUL ROBINSON,
Individually and as former Trustee of the Village of
Southampton, ELBERT W. ROBINSON, JR., Individually
and in his capacity as Assistant Attorney for the Village of
Southampton, WILLIAM BROWN, resident of the Rosko
Place subdivision, in the Village of Southampton, DENIS
GUERIN, owner of a property in the Rosko Place subdivision,
in the Southampton Village, DONALD QUINTIN and MELINDA
QUINTIN, owners of a property in the Rosko Place subdivision
in the Village of Southampton,
                       Defendants.
------------------------------------------------------------------------X

      Plaintiff's application dated July 16, 2013 [Docket Entry No. 116] is denied without prejudice as to any future summary judgment motion pending the outcome of the pending motions to amend and to dismiss.

      The application for sanctions is denied based on the failure to set forth facts and/or law that would entitle the movant to the relief requested.

      The pro se plaintiff is cautioned as to future submissions. See Order dated July 22, 2013 [Docket Entry No. 121].

**SO ORDERED:**
Dated: Central Islip, New York
       July 22, 2013                                 /s/ E. Thomas Boyle
                                               E. THOMAS BOYLE
                                               United States Magistrate Judge