UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
EVELYN KONRAD,

                              Plaintiff,                        ORDER

    -against-                                                  CV 12-4021 (JFB)(ETB)

MARK EPLEY, Individually and in his capacity as Mayor
of the Village of Southampton, PAUL ROBINSON,
Individually and as former Trustee of the Village of
Southampton, ELBERT W. ROBINSON, JR., Individually
and in his capacity as Assistant Attorney for the Village of
Southampton, WILLIAM BROWN, resident of the Rosko
Place subdivision, in the Village of Southampton, DENIS
GUERIN, owner of a property in the Rosko Place subdivision,
in the Southampton Village, DONALD QUINTIN and MELINDA
QUINTIN, owners of a property in the Rosko Place subdivision
in the Village of Southampton,

                              Defendants.
-------------------------------------------------------------------------X

        Plaintiff's submission dated July 19, 2013 [Docket Entry No. 119] is unauthorized and therefore stricken.

**SO ORDERED:**
Dated: Central Islip, New York
        July 22, 2013                                /s/ E. Thomas Boyle
                                                          E. THOMAS BOYLE
                                                          United States Magistrate Judge