Evelyn Konrad
18 So. Rosko Drive
Southampton, New York 11968
631-283-4407
ek616367@cs.com

16 August 2013

Hon. Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

RE: *Konrad v Epley et al.*
Docket No. 12-cv-4021 (JFB)(AKT)

LETTER REQUEST FOR MOTION

Dear Judge Tomlinson:

In line with Magistrate Judge Boyle's order, I am asking for permission to add Michael and Kathleen Kosciusko, owners of Lot 47, Sec. 3, Rosko Place subdivision, added as defendants for violating plaintiff's Due Process and Equal Protection rights. (The government defendant who is at fault for these violations of plaintiff's Constitutional rights, Elbert W. Robinson Jr., is already a defendant in the above-referenced case, and would only have this claim added to the plaintiff's other claims against him.)

The documentation for these violations of plaintiff's Constitutional rights are the following:

The first two exhibits simply document plaintiff's standing and rights to sue to enforce the covenants that run with the land.
EXHIBIT ONE: (from Exhibit 1 to plaintiff's original complaint)
Pages from Title Search showing transfer of plaintiff's property at 18 So. Rosko Drive from
    previous owner Cy Brill in 1984
Schedule A from Title Search showing identification of 18 So. Rosko Drive from official
    Suffolk County map of 1960
EXHIBIT TWO: (from Exhibit 2 to plaintiff's original complaint)
True copy of Section I of Rosko Place subdivision, on which plaintiff's property is shown.

This exhibit shows what covenants (ergo property rights), the proposed defendants are violating:
EXHIBIT THREE (from Exhibit 3 to plaintiff's original complaint)
Declaration by Leo Rosko and John Borucke signed on 26 November 1962 by Leo Rosko
    amending 1956 Declaration in liber 4668, page 182, stating that these covenants will run
    with the land. Covenant 1: forbids any structure besides main house other than garage,
    and specifies no structure closer than 25 ft. from property line, both of which terms are
    violated by the suggested defendants, Michael and Kathleen Kosciusko, and Village
    Assistant Attorney and already a defendant, lawyer for the Building Department and the
    ARB, Elbert W. Robinson Jr.   -1-

This exhibit shows that the violation of plaintiff's rights at the new Old Field Road property is a violation of the ARB duties, as spelled out in the "Duties of the [ARB] Board" from the Village Code Book

EXHIBIT FOUR (from Exhibit 2 from Memorandum of Law accompanying plaintiff's answer to defendants Epley et al. Motion to Dismiss, which is part of Docket No. 104, the Motion to Dismiss, filed by defendants' attorney)

EXHIBIT FOUR:   The duties of the ARB, as contained in the Village Code Book.

EXHIBIT FIVE:   (From plaintiff's answer to defendant William Brown's motion to dismiss, filed by defendant as part of Docket No. 112):
**New York State Village Laws, §§ 7-722 through 7-730**, referring to lawful ways to form an approved and certified subdivision like the Rosko Place subdivision, and the steps required to have the original plat (by Leo Rosko, filed with the Suffolk County Clerk in 1956) accepted by the Village Planning Board, as they were, in three separate geographic sections, but the three together comprising the whole.  Plaintiff's property is in section 1, approved and filed in 1960. Potential defendants' Kosciusko property is in section 3, and filed in 1972.

Plaintiff will, of course, include all of these documents in the motion to be filed, but they are already available to this Court, with their docket numbers as provided above.

The proof of the potential defendants' violations of plaintiff's rights to Due Process and Equal Protection are contained in the pdf that is attached with this letter request.  Those documents consist of the following:

A.   The site plan, which identifies the owners, and identifies the property as being lot 47, sec 3 "Rosko Place" [For the Court's convenience, plaintiff is attaching right behind this site plan, the three maps that comprise the Rosko Place subdivision.  Section 3 is map 3, filed in 1972, and shows the location of lot 47 as the last lot that is part of the Rosko Place subdivision.
This side plan also shows that the house is located at an impermissible 20.4' from the southern property line.  Furthermore, it shows the location of the pool at a forbidden 24 ft. from the southern property line.
The top right of this site plan states "Refer to Documents Recorded in Suffolk County Clerk's Office," which is of course also true of plaintiff's documents, except for those that originated by FOIL request from the Village of Southampton itself, and those that were given to plaintiff late in 2009 by former Mayor and current Trustee Bill Hattrick.

B.   The second document is an authorization by Kathleen and Michael Kosciusko to the ARB to have James McChesney represent them.

C.   The third document is the official list of persons to be informed, by letter, of the public hearing before the ARB about the application for this house, with its multiple violations.  That list omits plaintiff, thus is a clear violation of Plaintiff's Equal Protection Rights.  That same list also includes many persons on Hill Street, and therefore not

-2-

part of the Rosko Place subdivision, which is a violation of plaintiff's Due Process rights.

Clearly, in the upcoming motion, for which plaintiff is requesting this Court's permission, all the documents referred to above will be shown, and additional ones as well. Furthermore, plaintiff will present additional violations of her Constitutional rights in this specific case.

DATE: Southampton, New York
16 August 2013

Respectfully submitted,

*Evelyn Konrad*

Evelyn Konrad, *pro se* plaintiff
18 So. Rosko Drive
Southampton, NY 11968

ecf

FIRST CLASS MAIL:

Magistrate Judge Tomlinson's courtesy copy

Copy to pro se defendant
William Brown
27 Old Stamford Road
New Canaan, CT 06840

EXHIBIT A

Site Plan for the Kosciusko House being Built at 34 Old Field Lane

Followed by the three maps of the three geographic sections of the Rosko Place subdivision, approved, respectively, in 1960, 1966, and 1972. Together, these maps show the entirety of the Rosko Place subdivision, as filed, in his descriptive plat with the Suffolk County Clerk in August 1956.









**EXHIBIT B**

Authorization signed by owners and future defendants Kathleen and Michael Kosciusko, to the ARB to give their architect, James McChesney, permission to act as their agent at all ARB meetings, including the public hearing, of which plaintiff was not informed.

Board of Historic Preservation & Architectural Review
23 Main Street
Southampton, New York 11968

SOUTHAMPTON VILLAGE
RECEIVED
DEC 0 3 2012
BUILDING DEPARTMENT

To all Southampton ARB Members:

My husband and I are planning to build a home on a new piece of property at 34 Old Field Lane in Southampton. James McChesney completed the architectural plans for the house we hope to build.

We are giving Mr. McChesney permission to act as our agent at all ARB meetings with regards to this property. Please address any questions to Mr. McChesney throughout the process. If you have any concerns or questions with this request, please contact us directly at 516-627-3505 or 917-864-2802.

Thank you greatly for your consideration,

*[signatures]*

Kathleen and Michael Kosciusko

**EXHIBIT C**

Building Department list of persons to be notified by personal letter of upcoming public hearing at ARB for 34 Old Field Lane house, which list violates plaintiff's Due Process rights by improperly including several persons whose properties are not part of the Rosko Place subdivision such as Nicholas & Kerry Palumbo and Theresa Kumbatovich from Hill Street, but fails to include plaintiff, thus violating plaintiff's Equal Protection rights.

KOSCIUSKO, MICHAEL & KATHLEEN
39 INNESS PLACE
MANHASSET, NY 11030
14-1-32

WELCH, CAROL & TIMOTHY
199 HAWK'S HILL ROAD
NEW CANAAN, CT 06840
14-1-36

CLEARY, SUSAN & SHAW, AMY
28 W PARKWOOD ST
ALBANY, NY 12203
14-1-38

JANE G BURNS ASSET MGT TRUST
360 HILL ST
SOUTHAMPTON, NY 11968
14-1-33

RANDALL R KNOPP REV LVG TRST &
HEIDI KNOPP REV LVG TRST
50 STEWART ROAD
SHORT HILLS, NJ 07078
14-1-13.9

TITUS, CHRISTINA M
431 EAST 84TH STREET
NEW YORK, NY 10028
14-1-40

WEINFURT, FREDERICK J
PO BOX 518
SOUTHAMPTON, NY 11968
14-1-39

MARTIN, JENNIFER
404 HILL STREET
SOUTHAMPTON, NY 11968
14-1-13.8

GUIDA, CHARLES & DIANE
39 RAYMONDS LANE
SOUTHAMPTON, NY 11968
14-1-30

MAGNOR JR, MICHAEL & FRANCES
35 RAYMONDS LANE
SOUTHAMPTON, NY 11968
14-1-31

CURTIN, JOHN P
132 E 72ND ST 10TH FL
NEW YORK, NY 10021
14-1-34

GEORGIA PEACH LLC
252 7TH AVE #9-O
NEW YORK, NY 10001
14-1-8

PALUMBO, NICHOLAS & KERRY
380 HILL ST
SOUTHAMPTON, NY 11968
14-1-7

LOGAN, STEVEN & KIMBERLY
15 GRAY ROCK LANE
CHAPPAQUA, NY 10514
14-1-35

KUMBATOVICH, THERESA
330 HILL ST
SOUTHAMPTON, NY 11968
14-1-37

*mailing list*

SOUTHAMPTON VILLAGE
RECEIVED
AUG 1 6 2013
BUILDING DEPARTMENT

34 Old Field Road