FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

★   AUG 27 2013   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

EVELYN KONRAD,

        Plaintiff,

                – against –

MARK EPLEY, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ORDER
12-CV-4021 (JFB)(ETB)

JOSEPH F. BIANCO, District Judge:

The Court has received the parties' respective motions and letters. Plaintiff requests, *inter alia*, an extension of time for plaintiff to file her opposition to the Report & Recommendation ("R&R") issued in this case, as well as a protective order. Defendant moves for sanctions against plaintiff.

Plaintiff indicates that she has no intention of cashing the check that she received; it also indicates that she knows she has no authority to do so. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a protective order is denied. The Court is aware of no legal basis in this lawsuit for directing plaintiff to return the check.

IT IS FURTHER ORDERED that defendant's request for sanctions in connection with plaintiff's motion for a protective order is denied because there is an insufficient basis in the record to warrant such relief.

IT IS FURTHER ORDERED that plaintiff's request for an extension of time in which to file objections to the R&R is denied. Plaintiff already has received additional time in which to file her objections (until September 4, 2013). There are insufficient grounds to warrant a further

extension.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:        August 27, 2013
              Central Islip, New York