Evelyn Konrad
18 So. Rosko Drive
Southampton, NY 11968
631-283-4407
ek616367@cs.com

4 September 2013

Hon. Judge Joseph F. Bianco
U.S. District Court
Eastern District of New York
100 Federal Plaza
Box 9014
Central Islip, New York 11722

RE: *Konrad v. Epley et al.*
12-cv-04021 (JFB)(AKT)

Letter about plaintiff's incomplete Objections, and plaintiff's need to find and e-file plaintiff's missing and/or truncated answers to defendants

Dear Judge Bianco:

Because of the computer problems to which I alluded in my 3 September letter to you with my Objections to the Magistrate's R&R, those Objections are repetitive. Also, because you did not give me the time extension that I needed badly, these Objections are incomplete. Furthermore, my work was made more difficult by the fact that my access has been cut off to the Village service which kept my files and produced my pdf's. It is now difficult, if not impossible for me to work in Southampton Village.

I have physical therapy and doctors' appointments that I must keep, so that I will not be able to get back to the Magistrate's grossly misleading R&R and add the necessary Objections until end of next week, in New York, on the assumption that my computer there will be in good working conditions. (I have top of the line equipment.)

Therefore, I am asking this Court to give me a two-week time extension to complete my Objections to the Magistrate's R&R.

ecf

FIRST CLASS
Courtesy Copy to
Hon. Judge Joseph E. Bianco

Copy to pro se defendant
William Brown
27 Old Stamford Road
New Canaan, CT 06840

Sincerely yours,

Evelyn Konrad

Evelyn Konrad