# DEVITT SPELLMAN BARRETT, LLP

## ATTORNEYS AND COUNSELLORS AT LAW

50 Route 111
Smithtown, New York 11787
Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com

| | |
|---|---|
| THOMAS J. SPELLMAN, JR. | ANDRE N. POULIS |
| WILLIAM J. BARRETT | JOHN M. SHIELDS |
| KEVIN M. SPELLMAN | ANNE C. LEAHEY |
| JELTJE de JONG | |
| FRANCIS J. TIERNEY | STEPHAN D. TRACE |
| DAVID S. PALLAI | KELLY E. WRIGHT |
| JOHN M. DENBY | NICHOLAS M. BRINO |
| DAVID H. ARNTSEN | CHARLES W. BORGHARDT |
| KENNETH M. SEIDELL | JOSHUA S. SHTEIERMAN |
| | DANIEL L. ADAMS |
| | BRIAN J. McCALL |
| Retired | |
| JOSEPH P. DEVITT | Of Counsel |
| | STEFANIE AFFRONTI |
| | DEBORAH C. ZACHARY |

September 4, 2013

**Via ECF**

Honorable Judge Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

> Re:    Konrad v. Epley, et al.
>        Docket No. 12 CV 4021

Honorable Judge Bianco:

We are the attorneys for the defendants, Epley, Robinson and Robinson, in the referenced matter.  We write to address plaintiff's correspondence of 4 September 2013.

It is respectfully submitted that the Court should now be aware of the attorney plaintiff's tiresome abuses of the Court system and ignorance of the Rules of the Court, the Federal Rules and the local rules that are applicable to these proceedings.  Now, though she has electronically filed objections to Magistrate Judge Boyle's Report and Recommendations (DE 141), she wants to file additional objections, even though she concedes that the objections she has already filed are "repetitive".

This Court has already denied the plaintiff's second request for additional time to serve objections (DE 138), having already granted her first request (Order August 9, 2013).  However, should the Court be inclined to reconsider and grant an additional extension, we ask only that we

Honorable Judge Joseph F. Bianco                    2                         September 4, 2013
United States District Court
Eastern District of New York

   Re: Konrad v. Epley, et al
     Docket No. 12 CV 4021


be afforded a full 14 days from the plaintiff's final submission of objections to provide our
responses to all of those filed, in accord with FRCP 72(b)(2).

   The Court's consideration of this matter is appreciated.

          Respectfully submitted,

          DEVITT SPELLMAN BARRETT, LLP

           /S/

          David H. Arntsen

DHA:eo'r
cc (Via ECF):
Evelyn Konrad
200 East 84th Street
New York, NY 10028

Kayser & Redfern, LLP
515 Madison Avenue, 30th Floor
New York, NY 10022

Scarola Malone & Zubatov, LLP
1700 Broadway, 41st Floor
New York, NY 10019

cc (Via First Class Mail):
William Brown
27 Old Stamford Road
New Canaan, CT 06840