UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

EVELYN KONRAD,

    Plaintiff,

        – against –

MARK EPLEY, et al.,

    Defendants.

----------------------------------------X

FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★   SEP 05 2013   ★

LONG ISLAND OFFICE

ORDER
12-CV-4021 (JFB)(ETB)

JOSEPH F. BIANCO, District Judge:

    The Court has received the parties' respective letters regarding plaintiff's third request for an extension of time in which to file her objections to the Report & Recommendation ("R&R") issued in this case. IT IS HEREBY ORDERED that plaintiff's request for an extension of time in which to file objections to the R&R is granted, but only until September 11, 2013. No further extensions will be granted. Defendants' response is due on September 25, 2013.

                        SO ORDERED.

                        s/ Joseph F. Bianco
                        JOSEPH F. BIANCO
Dated:    September 5, 2013    UNITED STATES DISTRICT JUDGE
           Central Islip, New York