UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
EVELYN KONRAD,

                Plaintiff,

    - against -

MARK EPLEY, Individually and in his capacity
as Mayor of the Village of Southampton, PAUL
ROBINSON, Individually and as former Trustee of
the Village of Southampton, ELBERT W.
ROBINSON, JR., Individually and in his capacity
as Assistant Attorney for the Village of Southampton,
WILLIAM BROWN, resident of the Rosko Place
subdivision, in the Village of Southampton, DENIS
GUERIN, owner of a property in the Rosko Place
subdivision, in the Southampton Village, DONALD
QUINTIN and MELINDA QUINTIN, owners of a
property in the Rosko Place subdivision in the
Village of Southampton,

                Defendants.
----------------------------------------------------------------------X

**JUDGMENT**
CV-12-4021 (JFB)(AKT)

      An Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on November 25, 2013, adopting in its entirety the July 31, 2013 Report and Recommendation of Magistrate Judge E. Thomas Boyle, granting defendants' motions to dismiss the federal claims, declining to exercise supplemental jurisdiction over any state law claims, denying plaintiff's motion to amend, denying plaintiff's various motions for sanctions, denying plaintiff's other requests for relief, warning plaintiff against filing any future actions against defendants that are of the same substantive nature as those at issue here, directing the Clerk of Court to enter judgment accordingly and to close this case, and denying *in forma pauperis* for the purpose of any appeal, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that

defendants' motions to dismiss the federal claims are granted; that the court declines to exercise supplemental jurisdiction over any state law claims; that plaintiff's motion to amend is denied; that plaintiff's various motions for sanctions are denied; that plaintiff's other requests for relief are denied; that plaintiff is warned against filing any future actions against defendants that are of the same substantive nature as those at issue here; that this case is hereby closed; and that *in forma pauperis* for the purpose of any appeal is denied.

Dated:  Central Islip, New York
        December 5, 2013

                              DOUGLAS C. PALMER
                              CLERK OF THE COURT

               BY:    /S/ CATHERINE VUKOVICH
                              DEPUTY CLERK