FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 27 2013 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
Evelyn Konrad,

                Plaintiff,

    -against-

MARK EPLEY, Individually and in his capacity as
Mayor of the Village of Southampton; PAUL ROBINSON,
Individually and as former Trustee of the Village of
Southampton; ELBERT W. ROBINSON JR., Individually
and in his capacity as Assistant Attorney for the Village
of Southampton; WILLIAM BROWN, resident of the
Rosko Place subdivision in the Village of Southampton;
DENIS GUERIN, owner of a property in the Rosko Place
subdivision in the Southampton Village; DONALD QUINTIN
and MELINDA QUINTIN, owners of a property in the
Rosko Place subdivision in the Village of Southampton,

                Defendants.
----------------------------------------------------------x

NOTICE OF APPEAL
2:12-cv-04021

      Notice is hereby given that Evelyn Konrad, *pro se* Plaintiff, hereby appeals to the United States Court of Appeals for the Second Circuit from the decision dated 5 December 2013 by the Hon. Joseph F. Bianco, in the above-captioned case, (1) granting defendants' motion to dismiss; (2) denying plaintiff's amended complaint; (3) adopting in its entirety the 31 July 2013 Report and Recommendations of Magistrate Judge Boyle, with all of its errors of law and facts and misstatements of prior judges' decisions; (4) threatening to deprive plaintiff of her civil rights to seek redress from government lawlessness in court, **entered in this action on the 5th day of December, 2013.**

                                                *[signature]*
                                                SIGNATURE
                                                Evelyn Konrad, Esq., *pro se* Plaintiff
                                                200 East 84th Street
                                                New York, New York 10028
                                                212-585-1240

Date: 24 December 2013



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

EVELYN KONRAD,

                Plaintiff,

        - against -

**JUDGMENT**
CV-12-4021 (JFB)(AKT)

MARK EPLEY, Individually and in his capacity as Mayor of the Village of Southampton, PAUL ROBINSON, Individually and as former Trustee of the Village of Southampton, ELBERT W. ROBINSON, JR., Individually and in his capacity as Assistant Attorney for the Village of Southampton, WILLIAM BROWN, resident of the Rosko Place subdivision, in the Village of Southampton, DENIS GUERIN, owner of a property in the Rosko Place subdivision, in the Southampton Village, DONALD QUINTIN and MELINDA QUINTIN, owners of a property in the Rosko Place subdivision in the Village of Southampton,

                Defendants.

-------------------------------------------------------------------X

      An Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on November 25, 2013, adopting in its entirety the July 31, 2013 Report and Recommendation of Magistrate Judge E. Thomas Boyle, granting defendants' motions to dismiss the federal claims, declining to exercise supplemental jurisdiction over any state law claims, denying plaintiff's motion to amend, denying plaintiff's various motions for sanctions, denying plaintiff's other requests for relief, warning plaintiff against filing any future actions against defendants that are of the same substantive nature as those at issue here, directing the Clerk of Court to enter judgment accordingly and to close this case, and denying *in forma pauperis* for the purpose of any appeal, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that

defendants' motions to dismiss the federal claims are granted; that the court declines to exercise supplemental jurisdiction over any state law claims; that plaintiff's motion to amend is denied; that plaintiff's various motions for sanctions are denied; that plaintiff's other requests for relief are denied; that plaintiff is warned against filing any future actions against defendants that are of the same substantive nature as those at issue here; that this case is hereby closed; and that *in forma pauperis* for the purpose of any appeal is denied.

Dated: Central Islip, New York
       December 5, 2013

>                              DOUGLAS C. PALMER
>                              CLERK OF THE COURT
>
>                    BY:       /S/ CATHERINE VUKOVICH
>                              DEPUTY CLERK